UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RICHARD O'NEIL BRADFORD,<br><br>    Petitioner,<br><br>    v.<br><br>F. GONZALEZ, Warden,<br><br>    Respondent. | No. CV 10-585-RGK (AGR)<br><br>JUDGMENT |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: February 10, 2010

                                                    R. GARY KLAUSNER<br>                                      UNITED STATES DISTRICT JUDGE